**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Derek L. Shaffer (Bar No. 212746)
derekshaffer@quinnemanuel.com
Christopher G. Michel (*pro hac vice forthcoming*)
christophermichel@quinnemanuel.com
555 13th Street NW
Washington, D.C. 20004
Telephone: (202) 538 8000
Facsimile: (202) 538 8100

Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
Stephen A. Broome (Bar No. 314605)
stephenbroome@quinnemanuel.com
Dylan C. Bonfigli (Bar No. 317185)
dylanbonfigli@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443 3000
Facsimile: (213) 443 3100

Attorneys for Defendant X Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION (4:22-md-03047-YGR)<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>Defendants. | Case No. 4:26-cv-02463-YGR<br><br>**DECLARATION OF MEGAN SCOLARI IN SUPPORT OF X CORP.'S MOTION TO SEVER AND TRANSFER TO THE NORTHERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1404(a) AND FED. R. CIV. P. 21**<br><br>Date: July 14, 2026<br>Time: 9:00 a.m.<br>Judge: Honorable Yvonne Gonzalez Rogers |

**DECLARATION OF MEGAN SCOLARI**

I, Megan Scolari, declare as follows:

1. I am a Legal Program Manager at X Corp. I have held that position since September 9, 2019. I submit this declaration in support of X Corp.'s motion to sever and transfer to the U.S. District Court for the Northern District of Texas. I am over twenty-one years old, of sound mind, and fully competent and authorized in all respects to execute this declaration. I have personal knowledge of the facts set forth herein, which are true and correct.

2. My duties and responsibilities in my role as a Legal Program Manager include managing electronic information created and stored in a variety of software systems X Corp. uses in the normal course of its business. As part of my current role, I am regularly involved in assisting in the collection of evidence about aspects of services across the company's platforms and have become familiar with how the services have been delivered over time.

3. The statements in this declaration are based on my personal knowledge, facts learned during my investigation of this matter, and the business records of X Corp. The business records were made by, or from information transmitted by, a person with knowledge of the events. Such records are kept in the ordinary course of the regularly conducted activity of X Corp., and making such records is a regular practice of those activities.

4. I received legal advice in connection with this declaration, but this declaration is not intended to waive the attorney-client privilege or disclose any attorney work product. Rather, it is intended to address purely factual matters that are relevant to X Corp.'s motion.

5. I am familiar with X's Corp.'s Terms of Service ("Terms") for the X platform, sometimes called "Twitter," and the procedures by which users agree to the Terms, including updates to the Terms and notifications to users informing them of updates to the Terms.

6. Since Twitter was launched in 2006, X Corp. or its predecessor-in-interest, Twitter, Inc., have revised the Terms several times. The current version of the Terms is publicly available at https://x.com/en/tos. All prior versions of the Terms are publicly available at https://x.com/en/tos/previous. When this case, *Los Angeles Unified School District v. Meta Platforms, Inc.*, Case No. 4:26-cv-02463-YGR, was filed on March 20, 2026, Version 21 of the

Terms was in effect.

7. At all relevant times, X's operative Terms have been prominently linked via blue hyperlinks on X's home page, between the links that allow users to sign up for the X platform and the link that allows current users to log in to their account, as shown in the screenshot below:




8. Version 21 of the Terms provides: "These Terms of Service ('Terms') govern your relationship with us and your and other users' access to and use of, and anything otherwise relating to, our or our corporate affiliates' services, including our various websites, SMS, APIs, email notifications, applications, buttons, widgets, ads, commerce services, and our other covered services (https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates) that link to these Terms (collectively, the 'Services'), and any information, text, links, graphics, photos, audio, videos, or other materials or arrangements of materials uploaded, downloaded or appearing on the Services (collectively referred to as 'Content'). By using the Services you agree to be bound by these Terms. These Terms are an agreement between you and X Corp., which provides X and the Services, with its registered office at 865 FM 1209, Building 2, Bastrop, TX 78602 U.S.A. The words 'we,' 'us,' and 'our' mean X Corp." The prior version of the Terms (Version 20), effective since November 15, 2024, contained similar provisions.

9. Section 6 of Version 21 of the Terms provides: "We may revise these Terms from

time to time. The changes will not be retroactive, and the most current version of the Terms, which will always be at https://x.com/tos, will govern our relationship with you. We will try to notify you of material revisions, for example via a service notification or an email to the email associated with your account. By continuing to access or use the Services after those revisions become effective, you agree to be bound by the revised Terms." Version 20 of the Terms contained these same provisions.

10. It is X Corp.'s longstanding business practice to give notice of each materially new version of the Terms to all users. Specifically, each time that X Corp. has made material revisions to the Terms, X Corp. has given notice via the platform by a notification that appears when users log in to their accounts. At the bottom of the notification, users are asked to click "Got it" to confirm their agreement to the updated Terms.

11. Since November 15, 2024, the operative Terms have contained Texas forum-selection and choice-of-law provisions. X began notifying users about Version 20 of the Terms, which contains Texas forum-selection and choice-of-law provisions, on October 16, 2024. In particular, X served a prompt to X users that logged in to their X accounts between October 16, 2024, and April 14, 2025. The prompt served to X users provided:

**Updates to our Terms of Service and Privacy Policy**

> We're updating our Terms of Service and Privacy Policy. Now's a great chance to review them. If you want to learn more about these changes, head to the X Privacy Center.

12. The prompt served with Version 20 included, in blue font, hyperlinks to the updated Terms, X's Privacy Policy, and the X Privacy Center. At the bottom of the prompt, the user was asked to click a button labeled "Got it." The prompt was served for 180 days or until the user clicked the prompt. A true and correct copy of the prompt that was served in connection with the update to Version 20 of the Terms is attached as **Exhibit A**.

13. The term "X Privacy Center" hyperlinked to a post in the X Privacy Center that contained "a high-level recap of the primary changes that go into effect on November 15, 2024." The X Privacy Center post can be found here: https://privacy.x.com/en/blog/2024/updates-tos-privacy-policy. A true and correct copy of the post is also attached as **Exhibit B**. The first bullet

point in the recap stated:

> **Governing law and forum changes:** For users residing outside of the European Union, EFTA States, and the United Kingdom, we've updated the governing law and forum for lawsuits to Texas as specified in our terms. For users residing in the European Union, EFTA States, and the United Kingdom, our terms are now governed by Irish law and the forum for lawsuits is Ireland to the extent permitted by law.

14. A true and correct copy of Version 20 of the Terms is attached as **Exhibit C**. Version 20 of the Terms went into effect on November 15, 2024.

15. X began notifying users about Version 21 of the Terms on December 16, 2025. In particular, since December 16, 2025, X has served a prompt to X users that have logged in to their X accounts and will continue to do so until June 14, 2026. The prompt served to X users provided:

> **Updates to our Terms of Service and Privacy Policy**
>
> We're updating our Terms of Service and Privacy Policy. Now's a great chance to review them. If you want to learn more about these changes, head to the X Privacy Center.

16. The prompt served with Version 21 included hyperlinks, in blue font, to the updated Terms, X's Privacy Policy, and the X Privacy Center. At the bottom of the prompt, the user was asked to click a button labeled "Got it." A true and correct copy of the prompt that was served in connection with the Version 21 update is attached as **Exhibit D.**

17. The term "X Privacy Center" hyperlinked to a post in the X Privacy Center, entitled "Updates to our Terms and Privacy Policy" that contained a "summary of the primary changes that go into effect on January 15, 2026." The X Privacy Center post can be found here: https://privacy.x.com/en/blog/2025/updates-tos-privacy-policy. A true and correct copy of the post is attached as **Exhibit E**. The first bullet point in the summary states:

> **Governing law and disputes:** We've updated our Terms to clarify that the choice of law and courts we use to resolve disputes apply to both current and future lawsuits. For users outside the EU, EFTA States, and the UK, we've added details about how long you or X have to start a legal claim.

18. A true and correct copy of Version 21 of the Terms is attached as **Exhibit F**. Version 21 of the Terms went into effect on January 15, 2026.

19. Section 6 of Version 21 of the Terms provides: "The laws of the State of Texas, excluding its choice of law provisions, will govern these Terms and any dispute that arises between you and us, notwithstanding any other agreement between you and us to the contrary. Notwithstanding any other agreement to the contrary, all disputes related to these Terms, the Services, or any patents — including without limitation disputes related to or arising from any Content (whether your or others' Content), or your or others' use of the Services or the complete or partial termination thereof — shall be brought and must proceed exclusively in the federal or state courts located in Tarrant County, Texas, United States, and you consent to personal jurisdiction in those forums and waive any objection as to inconvenient forum. For the avoidance of doubt, the choice of law and forum selection provisions of this paragraph shall apply regardless of whether a dispute or any claims contained therein are based in contract, tort, statute, common law, or otherwise, and the choice of law and forum selection provisions of this paragraph shall apply to pending and future disputes and shall apply to your dispute regardless of when the conduct relating to the dispute arose or occurred. The choice of law and forum selection provisions of this paragraph shall also extend to disputes involving our U.S. corporate affiliates, who are intended third-party beneficiaries of this paragraph. Without prejudice to the foregoing, you agree that, in its sole discretion, X may bring any claim, cause of action, or dispute we have against you in any competent court in the country in which you reside that has jurisdiction and venue over the claim." Version 20 of the Terms contained similar provisions.

20. I have reviewed the Local Government and School District Master Short-Form Complaint and Demand for Jury Trial for *Los Angeles Unified School District v. Meta Platforms, Inc.*, Case No. 4:26-cv-02463-YGR (Dkt. 1) (the "Complaint").

21. Based on my investigation to date and my review of the Complaint, I understand that there are at least two X accounts associated with Plaintiff Los Angeles Unified School District ("LAUSD"): @LASchools and @LA_USD. Setting up an account on X requires users to affirmatively agree to the Terms. The @LASchools account states that it is the "[o]fficial account for Los Angeles Unified," and the @LA_USD account identifies the @LASchools account as the "official Twitter for LAUSD." The @LASchools account was created on or around July 14, 2011,

and the @LASchools account has posted as recently as April 29, 2026.

22. The @LASchools account specifically accepted Version 20 of the Terms on October 16, 2024, and the @LASchools account specifically accepted Version 21 of the Terms on December 16, 2025. Specifically, based on my review of available data, I have confirmed that @LASchools clicked "Got it," in response to prompts described above, to confirm its agreement to the updated Terms on those dates.

23. On April 10, 2026, after LAUSD filed suit, X made a nonmaterial change to the Terms, allowing lawsuits to be brought in Wichita County, Texas, in addition to Tarrant County, Texas. The only difference between Versions 21 and 22 of the Terms is that Version 22 authorizes litigation in federal or state courts located in Wichita County or Tarrant County, Texas, as opposed to Tarrant County, Texas, only. A true and correct copy of Version 22 of the Terms is attached as **Exhibit G**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 26, 2026

By: [signature]
Megan Scolari